758

for petitioner.  *Mr. J. D. Lydick* for respondents.  ▮

No. 253.  TWINING ET AL., NATURAL GUARDIANS, ET AL. *v.* LAND TITLE BANK & TRUST CO., TRUSTEE.  October 11, 1943.  Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.  *Mr. Henry D. O'Connor* for petitioners.  *Mr. Walter J. Brobyn* for respondent.  ▮

No. 254.  EASTERN WINE CORP. *v.* WINSLOW-WARREN, LTD., INC.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Asher Blum* for petitioner.  ▮

No. 255.  PRICE *v.* LOUISIANA RURAL REHABILITATION CORPORATION.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. G. P. Bullis* for petitioner.  *Solicitor General Fahy* for respondent.  ▮

No. 256.  WHITMORE ET AL. *v.* PENNSYLVANIA SOCIETY FOR PREVENTION OF CRUELTY TO ANIMALS.  October 11, 1943.  Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.  *Messrs. George I. Puhak, Carroll L. Beedy, Warren E. Magee,* and *Preston B. Kavanagh* for petitioners.  *Messrs. Everett H. Brown, Jr.* and *Frederic L. Clark* for respondent.  ▮

No. 257.  FEDERAL CRUDE OIL CO. *v.* TEXAS.  October 11, 1943.  Petition for writ of certiorari to the Court of